**Order entered October 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00526-CR

### CHRISTIAN LANE-CLEMENT COOK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81198-2013**

## ORDER

The Court **REINSTATES** the appeal.

On September 2, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the trial court's findings that: (1) appellant desires to pursue the appeal; (2) appellant was not previously found to be indigent and is represented by retained counsel; (3) counsel has not abandoned the appeal; (4) appellant requested the reporter's record on April 17, 2015; (5) Sue Maienschein and LaTresta Ginyard are the court reporters who recorded the proceedings; and (6) the record was not filed because payment had not been received. We received the reporter's record on October 5, 2015.

Appellant's brief is due within thirty days of the date of this order.

/s/      ADA BROWN
         JUSTICE